## HUBBARD–RAGSDALE COMPANY v. Charles M. DEAN, Collector of Internal Revenue for the First District of Ohio.

(Circuit Court of Appeals, Sixth Circuit.
October 15, 1926.)

No. 4693.

In Error to the District Court of the United States for the Southern District of Ohio; Smith Hickenlooper, Judge.

For opinion below, see 15 F.(2d) 410.

Norwood J. Utter, of Cincinnati, Ohio, for plaintiff in error.

Haveth E. Mau, U. S. Atty., and Simon Ross, Asst. U. S. Atty., both of Cincinnati, Ohio, for defendant in error.

PER CURIAM. Judgment of the District Court affirmed, upon the authority of Law v. United States, 266 U. S. 494, 45 S. Ct. 175, 69 L. Ed. 401; Fleischman v. United States, 270 U. S. 349, 46 S. Ct. 284, 70 L. Ed. 624; United States v. Gordin (C. C. A. 6) 9 F.(2d) 394.